# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re REMICADE ANTITRUST LITIGATION | Civil Action No. 2:17-cv-4326-JCJ |
| WALGREEN CO. and THE KROGER CO., Plaintiffs, vs. JOHNSON & JOHNSON and JANSSEN BIOTECH, INC., Defendants. | Civil Action No. 2:18-cv-2357-JCJ ✓ |

FILED
JUN 2 0 2018
KATE BARKMAN, C.
By: _____ Dep.

## ORDER

AND NOW, this 19th day of June, 2018, upon consideration of the parties' Joint Motion to Extend Time to Respond to Complaint, it is hereby ORDERED as follows:

1. Plaintiffs' Complaint shall be deemed served on Defendants as of the date of this Order.

2. Defendants' obligation to respond to the Complaint shall be suspended until the Court rules on the pending motion to dismiss in the *Pfizer* action (Case No. 2:17-cv-4180-JCJ, Doc. No. 27). Upon issuance of that ruling, the parties shall confer and attempt to reach agreement on an appropriate schedule. Absent agreement, either side may seek relief from the Court.

6/20/18 [signature]
Johnson & Johnson 2018

BY THE COURT:

[signature]
J. CURTIS JOYNOR, J.