**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WALGREEN CO., el al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-2357 |
| | : | |
| JOHNSON & JOHNSON, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 25th day of March, 2019 upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 50), Plaintiffs' Opposition thereto (Doc. No. 54), Defendants' Reply in Support thereof (Doc. No. 56), and Plaintiffs' Sur-reply thereto (Doc. No. 57), it is hereby ORDERED as follows:

1. Defendants' Motion for Summary Judgment is GRANTED;

2. Judgment shall be entered in favor of Defendants and against Plaintiffs on all counts contained in Plaintiffs' Complaint.


BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,     J.