UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALGREEN CO. and THE KROGER CO.,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and<br>JANSSEN BIOTECH, INC.,<br><br>    Defendants. | No. 18-cv-2357 |

## STIPULATION OF DISMISSAL

Plaintiffs Walgreen Co. and The Kroger Co. ("Plaintiffs") and Defendants Johnson & Johnson and Janssen Biotech, Inc. hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs' claims against Johnson & Johnson and Janssen Biotech, Inc. shall be dismissed with prejudice and without costs or attorney's fees.

Dated:  February 2, 2022

| | |
|---|---|
| /s William F. Cavanaugh | /s Scott E. Perwin |
| William F. Cavanaugh (*pro hac vice*) | Scott E. Perwin (*pro hac vice*) |
| Adeel A. Mangi (*pro hac vice*) | Lauren C. Ravkind (*pro hac vice*) |
| Jonathan H. Hatch (*pro hac vice*) | Anna T. Neill (*pro hac vice*) |
| Stephanie Teplin (*pro hac vice*) | Joshua B. Gray (*pro hac vice*) |
| George LoBiondo (*pro hac vice*) | KENNY NACHWALTER P.A. |
| PATTERSON BELKNAP WEBB & TYLER LLP | Four Seasons Tower, Suite 1100 |
| 1133 Avenue of the Americas | 1441 Brickell Avenue |
| New York, NY 10036-6710 | Miami, FL 33131 |
| Tel: (212) 336-2000 | Tel.: (305) 373-1000 |
| wfcavanaugh@pbwt.com | sep@knpa.com |
| aamangi@pbwt.com | jgray@knpa.com |
| jhatch@pbwt.com | lravkind@knpa.com |
| steplin@pbwt.com | aneill@knpa.com |
| globiondo@pbwt.com | |
| | *Counsel for Walgreen Co. and The Kroger Co.* |

Leslie E. John (PA 62290)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
john@ballardspahr.com

Thomas O. Barnett (*pro hac vice*)
Ashley E. Bass (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000
tbarnett@cov.com
abass@cov.com

*Counsel for Johnson & Johnson and Janssen Biotech, Inc.*